UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
JEANETTE COSTOSO, individually and on behalf of all others similarly situated,

                Plaintiff,

- against -

BANK OF AMERICA, N.A.,

                Defendant.
---------------------------------------------------------------------X

Civ. No. 2:14-04100

**STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their respective undersigned counsel, that the time within which Defendant may answer, move, or otherwise respond to the Complaint in the above-captioned action is extended through and including September 15, 2014.

Dated: New York, New York
        July 29, 2014

| GRANT & EISENHOFER P.A. | SIDLEY AUSTIN LLP |
|---|---|
| By: /s/ *Daniel L. Berger*<br>Daniel L. Berger<br>485 Lexington Avenue<br>New York, NY 10017<br>(646) 722-8522<br>dberger@gelaw.com | By: /s/ *Benjamin R. Nagin*<br>Benjamin R. Nagin<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 839-5300<br>bnagin@sidley.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

SO ORDERED:

_____
U.S.D.J.